# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

DANIEL SMITH,                              )
                                     )
    **Plaintiff**                          )
                                     )

**v.**                                     )          **No. 99-1261    Bre-P**
                                     )

CORRECTIONS CORPORATION                    )
OF AMERICA, et al.,                        )
                                     )
    **Defendants**                         )

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

All matters between the parties having been fully resolved and all parties being in agreement that this cause should be dismissed in its entirety, with full prejudice, the Court therefore finds that this cause should be dismissed, with full prejudice and, accordingly:

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against the Defendants, Corrections Corporation of America, Doctor Crants, Prison Realty Trust, Inc., Correctional Management Services Corporation, Prison Realty Management, Inc., and Prison Management Services, Inc., with prejudice as an adjudication upon the merits, and it, is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that costs of this cause, including filing fees, will be paid by Plaintiff and no discretionary costs, bill of cost, expenses or any attorney fees, either by statute or contract, will be applied for or awarded by either party.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 7/6/05

96

Dated: this ____ day of _____, 2005.

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

_____
**JAMES I. PENTECOST**
**BRANDON O. GIBSON**
**PENTECOST, GLENN & RUDD, PLLC**
106 Stonebridge Blvd.
Jackson, Tennessee  38305

**ROBERT J. WALKER**
**MARK TIPPS**
**JOSEPH WELBORN**
**WALKER, BRYANT, TIPPS & MALONE**
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

_____
**WAYNE A. RITCHIE, II**
**ROBERT W. RITCHIE**
**RITCHIE, FELS & DILLARD**
P.O. Box 1126
Knoxville, Tennessee  37901-1126

**W. GASTON FAIREY**
**W. GASTON FAIREY, LLC**
1722 Main Street, Suite 300
Columbia, South Carolina  29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on June *2B*, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _Brandon O. Gibson_
    James I. Pentecost (#011640)
    Brandon O. Gibson (#21485)
    Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:99-CV-01261 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen
US DISTRICT COURT